FORM 13

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10007

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

This notification is submitted by _____John J. Kenkel_____
(Name of attorney of record)
on behalf of ___Tampa Bay Fisheries, Inc. and Singleton Fisheries, Inc.___ in the matter
of ___Tampa Bay Fisheries, Inc. and Singleton Fisheries, Inc.___ v. _____United States_____,
Court No. _08-00404_.

1. If this statement is submitted on behalf of a corporate party, indicate whether the party is ☐ or is not ☑ a subsidiary or affiliate of a publicly-owned corporation. If so, identify below the parent or affiliate and describe the relationship between the party and the parent or affiliate corporation.
   Not applicable.

2. If the action is one described in 28 U.S.C. § 1581(a) or (b), indicate whether the plaintiff is ☐ or is not ☐ the ultimate consignee or real party in interest. If not, identify below the ultimate consignee or real party in interest.
   Not applicable.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
   Not applicable.

_____[signature]_____                          November 14, 2008
(Signature of Attorney)                                   (Date)

(As amended, eff. Jan. 1, 1982.)

**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10007

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

This notification is submitted by _____J. Kevin Horgan_____
(Name of attorney of record)
on behalf of ___Tampa Bay Fisheries, Inc. and Singleton Fisheries, Inc.___ in the matter of ___Tampa Bay Fisheries, Inc. and Singleton Fisheries, Inc.___ v. ___United States___,
Court No. __08-00404__ .

1. If this statement is submitted on behalf of a corporate party, indicate whether the party is ☐ or is not ☑ a subsidiary or affiliate of a publicly-owned corporation. If so, identify below the parent or affiliate and describe the relationship between the party and the parent or affiliate corporation.
Not applicable.

2. If the action is one described in 28 U.S.C. § 1581(a) or (b), indicate whether the plaintiff is ☐ or is not ☐ the ultimate consignee or real party in interest. If not, identify below the ultimate consignee or real party in interest.
Not applicable.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
Not applicable.

_____          November 14, 2008
(Signature of Attorney)                         (Date)

(As amended, eff. Jan. 1, 1982.)

RECEIVED & FILED

2008 NOV 17 PM 2: 24

U.S. COURT OF
INTERNATIONAL TRADE
OFFICE OF THE CLERK

IN ACCORDANCE WITH THE PROVISION OF RULE 5(e), THIS PAPER IS DEEMED FILED AS OF THE DATE OF MAILING- TO WIT 11/14/08